WILLIAM O. ROBERTS, Appellant, *v.* THOMAS MARSON AND JOHN MARSON, as Administrators, etc., of EDWARD T. MARSON, Deceased, Respondents.

*When an order of a County Court is not appealable to the General Term—Code of Civil Procedure,* § 1342.

An appeal will not lie to the General Term of the Supreme Court from an order of the County Court made in an action commenced in a justice's court, and brought into the County Court by appeal.

Appeal from an order made by the Oneida County Court, denying a motion to set aside a nonsuit ordered herein, and from an order of the said court granting a nonsuit, and refusing to hold the action abated by the death of the original defendant.

*R. O. Jones* and *A. M. Beardsley,* for the appellant.

*S. F. Burrows,* for the respondents.

Talcott, P. J.:

This is an appeal for the purpose of reviewing two orders made by the County Court of Oneida county, one denying a motion made by the plaintiff to set aside a nonsuit granted in the action, the other made by the same court, granting a nonsuit in the said action, and refusing to hold the said action abated by the death of the original defendant in the action.

The action was an action of replevin, originally commenced in the court of a justice of the peace and carried up to the County Court by appeal.

We have already held in several cases at the last term of this court that no appeal lies to this court from an order made by a County Court in an action not commenced in that court but brought thither by appeal. (See Code of Civil Procedure, § 1342 ; *Fish* v. *Thrasher,* MS. opin. of Talcott, P. J., at the April term of this court, 1880,* and a decision of the Court of Appeals in *Andrews* v.

---

\* Reported *Ante,* p. 15.

*Long*, 9 Weekly Dig., 513.) An appeal lies in such cases only from a final judgment. (Code Civil Procedure, § 1340.) This is not an appeal from a final judgment; indeed it does not appear that any final judgment has been rendered in the action.

Because we have no jurisdiction to hear the appeal from the orders, the appeal is dismissed, with $10 costs and disbursements.

SMITH and HARDIN, JJ., concurred.

Appeal dismissed, with $10 costs and disbursements.